FILED
2020 JAN 15 PM 4: 34
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LINDA SUSAN MULLENIX, *Plaintiff,* § § § | |
| v. § | CASE NO. 1:19-CV-1203 |
| § § | |
| UNIVERSITY OF TEXAS AT AUSTIN, *Defendant.* § § § | |

## ORDER

Now pending before the Court is Defendant's Opposed Second Motion for Extension of Time to File a Responsive Pleading. Having carefully reviewed Defendant's unopposed filing, the Court GRANTS the Motion and ORDERS Defendant to respond to the Complaint no later than *February 14*, 2020.

SIGNED this *15th* day of *January*, 2020.

_____
THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE