IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LINDA SUSAN MULLENIX, | § § § | |
| Plaintiff | § § | Civil No. 1:19-cv-1203-LY |
| -v- | § § | |
| UNIVERSITY OF TEXAS AT AUSTIN, | § § § § | |
| Defendant. | § § | |

## PLAINTIFF'S ADVISORY TO THE COURT REGARDING THE CONFERENCE REQUIREMENT FOR PLAINTIFF'S MOTION FOR LEAVE TO FILE HER SECOND AMENDED COMPLAINT

Linda Susan Mullenix, Plaintiff, respectfully files this Advisory to the Court Regarding the Conference Requirement for Plaintiff's Motion for Leave to File her Second Amended Complaint and states as follows:

On Friday, September 24, 2021, Plaintiff via email conferred with opposing counsel regarding the motion for leave to file her Second Amended Complaint. On Saturday, September 25, 2021, Counsel for Defendant, after review of Plaintiff's Motion for Leave and the proposed Second Amended Complaint, advised undersigned counsel that Defendant is OPPOSED to the Motion for Leave to File the Second Amended Complaint.

                                            Respectfully submitted,
                                            WILEY WALSH, P.C.

                                            By: */s/ Colin Walsh*
                                            Colin Walsh
                                            Texas Bar No. 24079538
                                            *Board Certified Specialist, Texas Board of Legal*

*Specialization, Labor and Employment Law*
Jairo Castellanos
Texas Bar No. 24089624

WILEY WALSH, P.C.
1011 San Jacinto Blvd., Ste. 401
Austin, TX 78701
Telephone: (512) 271-5527
Facsimile:  (512) 201-1263
colin@wileywalsh.com


Paige E. Melendez
Texas Bar No. 24121731

ROB WILEY, P.C.
2613 Thomas Ave.
Dallas, TX 75204
Telephone: (214) 528-6500
Fascimile: (214) 528-6511
pmelendez@robwiley.com


ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

I certify that on September 26, 2021 I sent a true and correct copy of the foregoing to Defendant via e-filing

　　　　　　　　　　　　　*/s/ Colin Walsh*
　　　　　　　　　　　　　Colin Walsh