UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Linda Susan Mullenix | § § | |
| vs. | § § | NO: AU:19-CV-01203-DAE |
| University of Texas At Austin | § § | |

ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE

On December 14, 2021 the above named and numbered civil action was transferred to the Honorable David A. Ezra, Senior United States District Judge. The pretrial conference and trial setting set by the Court's Scheduling Order (Dkt No. 106) entered on July 28, 2021 are hereby **VACATED**. The remaining deadlines in said scheduling order shall remain in effect. The pretrial conference and trial for this case will be reset at a later date by this honorable court.

IT IS SO ORDERED.

DATED: Austin, Texas, January 19, 2022.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE