IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LINDA SUSAN MULLENIX,<br><br>　　　　Plaintiff<br><br>-v-<br><br>UNIVERSITY OF TEXAS AT AUSTIN,<br><br>　　　　Defendant. | §<br>§<br>§<br>§　Civil No. 1:19-cv-1203-DAE<br>§<br>§<br>§<br>§<br>§<br>§ |

**JOINT STIPULATION OF DISMISSAL**

TO THE HONORABLE DAVID A. EZRA:

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Linda Susan Mullenix ("Plaintiff") and Defendant The University of Texas at Austin ("Defendant") (collectively, "the Parties") hereby stipulate to the dismissal of this cause with prejudice as the parties have resolved this dispute. Costs and fees have also been resolved by the Parties. The Parties respectfully request the Court close this case.

Dated: November 9, 2022

Respectfully submitted,

| | |
|---|---|
| */s/Colin Walsh* | */s/Darren Gibson* |
| **COLIN WALSH** | **DARREN GIBSON** |
| State Bar No. 24079538 | State Bar No. 24068846 |
| colin@wileywalsh.com | **KELLIE FUQUA** |
| **JAIRO CASTELLANOS** | State Bar No. 24097713 |
| State Bar No. 24089264 | **ANDREW GRAY** |
| jairo@wileywalsh.com | State Bar No. 24106023 |
| **WILEY WALSH, P.C.** | **LITTLER MENDELSON, PC** |
| 1011 San Jacinto Blvd., Suite 401 | 100 Congress Ave., Ste. 1400 |
| Austin, TX 78701 | Austin, TX 78701 |
| 512.271.5527 | 512.982.7250 |
| Fax: 512.201.1263 | Fax: 512.982.7248 |
| | dgibson@littler.com |
| **PAIGE E. MELENDEZ** | kfuqua@littler.com |
| Texas Bar No. 24121731 | argray@littler.com |
| **ROB WILEY, P.C.** | |
| 2613 Thomas Ave. | |
| Dallas, TX 75204 | |
| Telephone: (214) 528-6500 | |
| Facsimile: (214) 528-6511 | |
| pmelendez@robwiley.com | |
| ATTORNEYS FOR PLAINTIFF | |
| | |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which automatically provided notice to all counsel of record.

*/s/ Colin Walsh*
COLIN WALSH