IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LINDA SUSAN MULLENIX, | § § § | |
| Plaintiff | § § | Civil No. 1:19-cv-1203-DAE |
| -v- | § § | |
| UNIVERSITY OF TEXAS AT AUSTIN, | § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Joint Stipulation of Dismissal filed by the parties in the above-styled and numbered cause. (Dkt. # 168.) After consideration of the Stipulation, the Court hereby GRANTS the Joint Stipulation of Dismissal in all respects and ORDERS the CLERK to CLOSE THE CASE. This lawsuit is hereby DISMISSED with prejudice. All relief not previously granted is hereby denied.

IT IS SO ORDERED.

Signed this 10th day of November 2022.

_____
David Alan Ezra
Senior United States District Judge